## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
:
MISAGH ALAMI, :
:
       Plaintiff, : Case No. 3:20-cv-00062-BRM-LHG
:
   v. :
: **ORDER**
10M CORP. AND ALLISON BRAND, :
:
       Defendants. :
_____:

**THIS MATTER** is opened to this Court by Plaintiff Misagh Alami ("Alami") seeking Default Judgment against Defendants 10M Corporation and Allison Brand pursuant to Fed. R. Civ. P. 55(b)(1). (ECF. No 7.) To date, Defendants 10M Corp. ("10M") and Allison Bland ("Bland") (together "Defendants") have not appeared. Having reviewed the motion and the record and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause appearing,

    **IT IS** on this 31st day of December 2020,

    **ORDERED** that Alami's Motion for Default Judgment (ECF No. 7) is **GRANTED**; and it is further

    **ORDERED** that Default Judgment is **ENTERED** against 10M and Bland; and it is finally

    **ORDERED** that Alami recover of 10M and Bland the sum of $399,853.75, comprised of the following:

        (a) $385,000.00 for damages; and

        (b) $14,853.75 for attorneys' fees and costs ($615.00).

                                   */s/ Brian R. Martinotti*
                                   **HON. BRIAN R. MARTINOTTI**
                                   **UNITED STATES DISTRICT JUDGE**